**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Joseph Chelmo,<br><br>   Plaintiff,<br><br> v.<br><br>Hoover Universal, Inc., a wholly owned subsidiary of Johnson Controls, Inc.,<br><br>   Defendant and Third-Party Plaintiff,<br><br> v.<br><br>Roffe Container, Inc.,<br><br>   Third-Party Defendant. | Civil Action No. 08-CV-06234<br>(PAM/LIB)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE, WITHOUT COSTS, AND ON THE MERITS** |

WHEREAS, all claims and third-party claims in the above-entitled action have been fully compromised and settled as between Plaintiff Joseph Chelmo, Defendant and Third-Party Plaintiff Hoover Universal, Inc., a wholly owned subsidiary of Johnson Controls, Inc., and Third-Party Defendant Roffe Container, Inc., and these parties have agreed to a Stipulation of Dismissal with Prejudice, Without Costs, and on the Merits [Docket No. 117],

NOW, THEREFORE, it is

ORDERED:

That the Stipulation [Docket No. 117] is APPROVED, and all claims and third-party claims in the above-entitled action are hereby dismissed with

prejudice and on the merits, but without costs, disbursements, or fees of any kind awarded to any of the parties.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: November 16, 2010       s/Paul A. Magnuson
                                   Paul A. Magnuson
                                   United States District Court Judge